# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL STONER, | Case No.: 2:25-cv-02125-APG-NJK |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| CSAA GENERAL INSURANCE COMPANY, | |
| Defendant | |

I ORDER that plaintiff Samuel Stoner's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Stoner's citizenship as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by November 21, 2025.

DATED this 10th day of November, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE