McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant CSAA General
Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL STONER,<br><br>             Plaintiff,<br><br>        v.<br><br>CSAA GENERAL INSURANCE COMPANY, and DOES I - X and ROES XI - XX, inclusive,<br><br>             Defendants. | Case No. 2:25-cv-02125-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 2:25-cv-02125-APG-NJK

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff SAMUEL STONER, by and through his counsel of record, and Defendant CSAA GENERAL INSURANCE COMPANY, by and through its counsel of record, that the above-entitled matter be dismissed with prejudice against Defendant CSAA GENERAL INSURANCE COMPANY, the parties to bear their own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: February 12, 2026

Dated: February 12, 2026

SCHUETZE, McGAHA, TURNER & FERRIS, PLLC.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:   /s/William W. McGaha
William W. McGaha
Nevada Bar No. 3234
601 S. Ranch Drive, Suite C-0
Las Vegas, Nevada 89106

Attorneys for Plaintiff

By:   /s/Cheryl A. Grames
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

Attorneys for Defendant
CSAA GENERAL INSURANCE COMPANY

### ORDER

**IT IS SO ORDERED.**

DATED this 13 day of February, 2026

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

**MCCORMICK BARSTOW LLP**

  /s/   Cheryl A. Grames
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Attorneys for Defendant